IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES ATTAWAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 19-0032-CV-W-HFS |
| | ) | |
| JENNIFER TIDBALL | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon informal request, proceedings in this matter will be STAYED until March 1, 2020.

SO ORDERED.

                                                                                                                */s/ Howard F. Sachs*
                                                                                                                       HOWARD F. SACHS
                                                                                                                        UNITED STATES DISTRICT JUDGE

August 20, 2019
Kansas City, Missouri