IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES ATTAWAY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 19-0032-CV-W-HFS |
| | ) |
| JENNIFER TIDBALL | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon informal request, on August 20, 2019, a stay was entered. (Doc. 19). On March 25, 2020, the parties reached an agreement during a phone conference with Magistrate Judge Lajuana Counts (Doc. 21), and requested that the stay be re-instituted for six months.

The request is reasonable, and all proceedings in this matter are STAYED for six months, and the parties are directed to file a joint status report by June 23, 2020.

SO ORDERED.

                                                                         */s/ Howard F. Sachs*
                                                                         HOWARD F. SACHS
                                                                        UNITED STATES DISTRICT JUDGE

March 27, 2020
Kansas City, Missouri