IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES R. ATTAWAY, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 19-00032-CV-W-HFS |
| ) | |
| JENNIFER TIDBALL, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

As directed by the Court, the parties submit this Joint Status Report. The Governor's Office has approved the proposed amended regulation regarding firearm requirements and restrictions for foster parents. The proposed amended regulation was filed on June 22, 2020. It will be published in the *Missouri Register* on August 3, 2020. The notice and comment period will run from August 3, 2020, through September 2, 2020.

The parties suggest submitting a follow-up status report on or before November 18, 2020.

Respectfully submitted,

**ERIC SCHMITT**
Attorney General

 /s/ *Emily A. Dodge*
EMILY A. DODGE
Mo. Bar No. 53914
Assistant Attorney General
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-7344 (phone)
(573) 751-9456 (facsimile)
emily.dodge@ago.mo.gov

ATTORNEY FOR DEFENDANT


/s/ David G. Sigale
David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
Tel: 630.452.4547
Fax: 630.596.4445
dsigale@sigalelaw.com
Admitted *Pro hac vice*

One of the Attorneys for Plaintiffs