IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES R. ATTAWAY, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 19-00032-CV-W-HFS |
| | ) |
| JENNIFER TIDBALL, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

As directed by the Court, the parties submit this Joint Status Report. The notice and comment period for the proposed amendment to 13 CSR 35-60.040 ended on September 2, 2020. The Missouri Department of Social Services filed the final order of rulemaking with the Joint Committee on Administrative Rules on October 5, 2020. The Department filed the final order of rulemaking with the Missouri Secretary of State on November 5, 2020. The amendment to 13 CSR 35-60.040 will become effective on January 30, 2021.

The parties suggest a follow-up status report on or before February 16, 2021.

Dated: November 16, 2020      Respectfully submitted,

**ERIC SCHMITT**
Attorney General

/s/ *Emily A. Dodge*
EMILY A. DODGE
Mo. Bar No. 53914
Assistant Attorney General
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-7344 (phone)
(573) 751-9456 (facsimile)
emily.dodge@ago.mo.gov

ATTORNEY FOR DEFENDANT


/s/ David G. Sigale
David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
Tel: 630.452.4547
Fax: 630.596.4445
dsigale@sigalelaw.com
Admitted *Pro hac vice*

One of the Attorneys for Plaintiffs

2