IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES R. ATTAWAY, *et al*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 19-00032-CV-W-HFS<br>) |
| JENNIFER TIDBALL, | )<br>)<br>) |
| Defendant. | ) |

## JOINT STATUS REPORT

As directed by the Court, the parties submit this Joint Status Report.

- The amendment to 13 CSR 35-60.040 became effective on January 30, 2021.

- The parties have been conducting discussions regarding the drafting of a settlement agreement and the resolution of Plaintiffs' claim for attorney's fees.

- The parties suggest a follow-up status report on or before March 31, 2021.

Dated: February 16, 2021   Respectfully submitted,

**ERIC SCHMITT**
Attorney General

 /s/ Emily A. Dodge
EMILY A. DODGE
Mo. Bar No. 53914

Assistant Attorney General
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-7344 (phone)
(573) 751-9456 (facsimile)
emily.dodge@ago.mo.gov

ATTORNEY FOR DEFENDANT


/s/ David G. Sigale
David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
Tel: 630.452.4547
Fax: 630.596.4445
dsigale@sigalelaw.com
Admitted *Pro hac vice*

One of the Attorneys for Plaintiffs

2