# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JAMES ATTAWAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 19-00032-CV-W-HFS |
| ) | |
| JENNIFER TIDBALL, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

As directed by the Court, the parties submit this Joint Status Report.

The parties have executed a settlement agreement in this matter. The settlement's terms include a payment to resolve Plaintiffs' attorneys' fee claim. The parties will be filing a Stipulation of Prejudicial Dismissal within 14 days after Plaintiffs' counsel has received the payment.

Respectfully submitted,

**ERIC SCHMITT**
Attorney General

 /s/ *Emily A. Dodge*
EMILY A. DODGE
Mo. Bar No. 53914
Assistant Attorney General
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-7344 (phone)
(573) 751-9456 (facsimile)

emily.dodge@ago.mo.gov

ATTORNEY FOR DEFENDANT

*/s/ David G. Sigale*
David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
Tel: 630.452.4547
Fax: 630.596.4445
dsigale@sigalelaw.com
Admitted *Pro hac vice*
One of the Attorneys for Plaintiffs