IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES ATTAWAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 19-00032-CV-W-HFS |
| ) | |
| JENNIFER TIDBALL, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Release and Settlement Agreement the parties jointly stipulate and agree to dismiss Plaintiffs' claims in their entirety with prejudice.

Respectfully submitted,

**ERIC SCHMITT**
Attorney General

/s/ *Emily A. Dodge*
EMILY A. DODGE
Mo. Bar No. 53914
Assistant Attorney General
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-7344 (phone)
(573) 751-9456 (facsimile)
emily.dodge@ago.mo.gov

ATTORNEY FOR DEFENDANTS

*/s/David G. Sigale*
David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
Tel: 630.452.4547
Fax: 630.596.4445
dsigale@sigalelaw.com
Admitted *Pro hac vice*
One of the Attorneys for Plaintiffs
