IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES ATTAWAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 19-0032-CV-W-HFS |
| | ) | |
| JENNIFER TIDBALL | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties have filed a joint stipulation of dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Accordingly, the above captioned case is DISMISSED with prejudice.

SO ORDERED.

                                              s/ Howard F. Sachs
                                              HOWARD F. SACHS
                                              UNITED STATES DISTRICT JUDGE

May 13, 2021
Kansas City, Missouri